IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JOSHUA ISAIAH MONEY, *

        Plaintiff, *

v.    Case No. 5:23-cv-377-MTT

        *

CERT Officer ISOM, et al.,

        *

        Defendants.

        *

## **J U D G M E N T**

Pursuant to this Court's Order dated May 30, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 30th day of May, 2024.

        David W. Bunt, Clerk

        s/ Shabana Tariq, Deputy Clerk